IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANTONIO SALINAS-GALERA #2038-078 | § § § | |
| v. | § § | CIVIL ACTION NO. 4:15CV573 CRIMINAL NO. 4:11CR196 |
| UNITED STATES OF AMERICA | § § § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Kimberly Priest Johnson, who issued a Report and Recommendation (Dkt. 17) concluding that the motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence (Dkt. 1) should be dismissed with prejudice. Petitioner has filed objections (Dkt. 20) to the Report and Recommendation of United States Magistrate Judge Johnson. The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration and, having made a *de novo* review of the objections raised by the Petitioner to the Report, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Petitioner are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is accordingly,

**ORDERED** that the motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence (Dkt. 1) is **DENIED** and the case is **DISMISSED WITH PREJUDICE.** All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 3rd day of May, 2017.**

1

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE